AUSA KAL

FILED
SEP 03 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Fidel BALLARDO-Villapudua, Defendant. | Mag. Case No. '08 MJ 8804 <br> COMPLAINT FOR VIOLATION OF <br> Title 8, U.S.C., Section 1326 Deported Alien Found In the United States |

The undersigned complainant being duly sworn states:

On or about September 2, 2008, within the Southern District of California, defendant Fidel BALLARDO-Villapudua, an alien, who previously had been excluded, deported or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

OSCAR U. SANCHEZ
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF SEPTEMBER 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Fidel BALLARDO-Villapudua

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent T. Eddy that the Defendant was found and arrested on September 2, 2008, west of Calexico, California.

BPA Eddy was performing his assigned Border Patrol duties approximately eleven miles west of Calexico, California. BPA Eddy encountered two individuals, one later identified as Fidel BALLARDO-Villapudua (BALLARDO). BPA Eddy identified himself as a Border Patrol Agent and questioned BALLARDO and the other individual as to their immigration status to be in the United States. The individuals stated they are citizens of Mexico illegally in the United States. BALLARDO and the other individual were placed under arrest.

Record checks revealed an Immigration Judge ordered BALLARDO deported to Mexico from the United States on November 11, 1998. Record checks also revealed BALLARDO has a criminal record.

There is no evidence BALLARDO has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.